NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MIKE'S TRAIN HOUSE, INC.,**
*Plaintiff-Appellant,*

v.

**BROADWAY LIMITED IMPORTS, LLC AND ROBERT GRUBBA,**
*Defendants-Appellees.*

---

2012-1311

---

Appeal from the United States District Court for the District of Maryland in No. 09-CV-2657, Judge James K. Bredar.

---

**JUDGMENT**

---

BRIAN E. FERGUSON, Weil Gotshal & Manges LLP, of Washington, DC, argued for plaintiff-appellant.

J. WILEY HORTON, Pennington, Moore, Wilkinson, Bell & Dunbar, P.A., of Tallahassee, Florida, argued for defendants-appellees. Of counsel was ADRIENNE C. LOVE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, MAYER, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 8, 2013                         /s/ Jan Horbaly
Date                              Jan Horbaly
Clerk